4

Your Name: ALBERT TAM
Address: 1338 E. 32ND STREET OAKLAND, CA 94602
Phone Number: (510) 499 - 9196
Fax Number:
E-mail Address: Cal217@hotmail.com
Pro Se Plaintiff

Fee Pd

FILED
SEP - 2 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MP

United States District Court

Northern District of California

C 21-06842 TSH

| | |
|---|---|
| ALBERT TAM<br>MEI KUEN TAM<br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>(USPS)<br><br>Defendant(s). | Case Number: *[leave blank]*<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br>Yes ☐ No ☒ |

1. **Parties in this Complaint**

a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

Name: ALBERT TAM

Address: 1338 E 32ND STREET OAKLAND, CA 94602

Phone number: (510) 499 -9196

b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*

**Defendant 1:**

Name: UNITED STATES OF AMERICA (USPS)

Address: ______________________________

______________________________

**Defendant 2:**

Name: ______________________________

Address: ______________________________

______________________________

**Defendant 3:**

Name: ______________________________

Address: ______________________________

______________________________

**Defendant 4:**

Name: ______________________________

Address: ______________________________

______________________________

2. **Jurisdiction**

*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*

☒ My case belongs in federal court under <u>federal question jurisdiction</u> because it is about federal law(s) or right(s).

*Which law(s) or right(s) are involved?* 28 USC 2401 (b) & 39 CFR 912.9 (a)

______________________________

☐ My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>AND</u> the amount of damages is more than $75,000.

PLAINTIFF 2

NAME: MEI KUEN TAM

ADDRESS: 1338 E. 32ND STREET
OAKLAND

PHONE NUMBER: (510) 499 - 9577

*[Page is blank on this side; faint bleed-through visible from reverse showing:]*

PLAINTIFF 2
NAME: Mei Kuen Tam
ADDRESS: 1388 E. 32nd Street
(Oakland)
PHONE NUMBER: (510) 444-9877

3. **Venue**

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because I AM SUING THE US GOVERNMENT /FEDERAL AGENCY.

4. **Intradistrict Assignment**

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.*

This lawsuit should be assigned to [*Select one: San Francisco/Oakland, San Jose, OR Eureka*] Division of this Court because THE INCIDENT OCCURRED IN HAYWARD, WHICH IS IN ALAMEDA COUNTY.

5. **Statement of Facts and Claims**

*Write a short and simple description of the* <u>*facts*</u> *of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered*

*paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You may attach documents that support your claims to the end of this Complaint as exhibits. Explain what each exhibit is, when and how you got it, and how it supports your claims. Attaching a document to your Complaint does* not *necessarily mean that it will be accepted as evidence.*

5a THE INCIDENT OCCURRED IN FRONT OF 745 CHERRY WAY HAYWARD, CA 94541

5b THIS HAPPENED MONDAY MARCH 18, 2019

5C A USPS POSTAL CARRIER DROVE HIS POSTAL TRUCK OFF CHERRY WAY ONTO A SEMI PRIVATE ROAD THAT LEADS TO 745 AND 749.

5d THE POSTAL TRUCK WAS INFRONT OF 745 AND WAS BLOCKING ACCESS TO 749. THE OCCUPANT OF 749 DROVE UP THE ROAD AND ASKED THE CARRIER TO MOVE THE TRUCK SO SHE COULD REACH HER HOUSE. THE POSTAL CARRIER GETS IN HIS TRUCK AND PULLS FORWARD AND TO THE RIGHT TO LET HER PASS. THE POSTAL TRUCK THAN REVERSES TO LEAVE AND BACKS INTO MY PARKED 2002 NISSAN XTERRA, CAUSING BOTH CARS TO VIOLENTLY SHAKE.

5e THIS CAUSED DAMAGE TO: THE FRONT BUMPER OF MY CAR, THE FRONT DRIVER SIDE QUARTER PANEL, AND DAMAGE TO THE FRONT DRIVERSIDE WHEEL WELL. THIS MAKES THE CAR INOPERABLE

5f THE POSTAL CARRIER THEN PULLS FORWARD, REVERSES BACK, PULLS FORWARD AGAIN, AND THEN REVERSE BACK OUT ONTO CHERRY WAY. THE DRIVER CAN BE SEEN LOOKING AT THE DAMAGE HE CAUSED DURING THIS PROCESS, BUT DOES NOT STOP (THIS IS ALL CAUGHT ON MY SECURITY VIDEO) THIS VIOLATES CALIFORNIA VEHICLE CODE 20002, MISDEMEANOR HIT AND RUN.

EQUITABLE TOLLING: I WAS GIVEN UNTIL AUGUST 1, 2021 TO FILE SUIT, BUT DUE TO COVID AND THE LOCKDOWN IN CALIFORNIA (LIFTED MID JUNE) I HAVE MISSED THE DATE (4 & 1/2 MONTHS OF 6 MONTHS WAS DURING LOCKDOWN) EVEN AFTER THE LOCKDOWN, SERVICES WERE LIMITED AND IT WAS HARDER TO GAIN ACCESS TO THEM. I FILED A LAWSUIT IN SUPERIOR COURT ON JULY 29, 2021, BUT WITH SOME DROP BOX ISSUES IT WAS RETURNED TO ME AND THEN FILED AUGUST 5, 2021 CASE# HS21107965. I REALIZED THIS IS NOT A FEDERAL COURT AND HAVE REFILED HERE.

EXHIBIT #1 REPAIR ESTIMATE

#2 TOW RECEIPT TO MECHANIC

#3 CAR RENTAL FROM HERTZ

#4 PRIVATE CAR RENTAL AGREEMENT

#5 POSTAL LETTER

#6 FLASH DRIVE WITH VIDEO OF ACCIDENT AND PICTURES DAMAGES TO MY CAR

6. **Demand for Relief**

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

WE DEMAND THE COURT TO AWARD US MONEY IN THE AMOUNT OF $10,267.48. THE BREAKDOWN IS: (1) $3,999.86 TO REPAIR THE CAR, (2) $402.62 FOR RENTAL, (3) $105.00 TO TOW THE CAR TO MECHANIC FOR ESTIMATE, (4) $5360.00 FOR RENTAL, (5) $400.00 TO FILE IN COURT.

7. **Demand for Jury Trial**

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☐ Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: AUGUST 31, 2021 Sign Name: [signature]

Print Name: ALBERT TAM

DATE AUGUST 31, 2021 SIGN NAME [signature]

PRINT NAME MEI KUEN TAM

COMPLAINT

[illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible]

[illegible]

[illegible]

EXHIBIT B

Date: 7/29/2021 11:00 AM
Estimate ID: 216
Estimate Version: 0
Preliminary
Profile ID: Mitchell

# MODERN AUTO BODY

1640 E.12TH STREET, OAKLAND, CA 94606
(510) 437-9888
Fax: (510) 437-9889
Email: ModernAutoBody@gmail.com
Tax ID: 94-3125844

Damage Assessed By: BO VONG
Classification: Audit

Deductible: UNKNOWN

Insured: CALVIN

Mitchell Service: 913778

Description: 2002 Nissan Xterra SE
Body Style: 4D Ut
Drive Train: 3.3L Superchg Inj 6 Cyl 2WD
VIN: 5N1MD28T62C510205
Mileage: 184,376
OEM/ALT: O
Search Code: None
Options: CD CHANGER, PASSENGER AIRBAG, POWER LOCK, POWER WINDOW, POWER STEERING REAR WINDOW DEFOGGER, AIR CONDITION, REAR WINDOW WIPER, CRUISE CONTROL TILT STEERING COLUMN, AM/FM STEREO, DRIVER AIRBAG, LUGGAGE RACK, SKID PLATES ANTI-LOCK BRAKE SYS., RUNNING BOARDS, FOG LIGHTS, ALUM/ALLOY WHEELS ANTI-THEFT SYSTEM, LEATHER STEERING WHEEL, CD PLAYER POWER ADJUSTABLE EXTERIOR MIRROR, PRIVACY GLASS, FIRST ROW BUCKET SEAT CLOTH SEAT, KEYLESS ENTRY SYSTEM, LIMITED SLIP DIFFERENTIAL, REAR BENCH SEAT STEERING WHEEL AUDIO CONTROLS

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 301971 | BDY | OVERHAUL | Frt Bumper Assy | | | 2.2 # |
| 2 | 301973 | BDY | REMOVE/REPLACE | Frt Bumper Cover | F2022-7Z840 | d393.60 | INC # |
| 3 | 301978 | BDY | REMOVE/REPLACE | Frt Bumper Guard | 62064-7Z810 | d257.71 | INC |
| 4 | 301982 | BDY | REMOVE/REPLACE | L Frt Bumper Impact Cushion | 62025-7Z840 | 35.91 | INC |
| 5 | 301987 | BDY | REMOVE/REPLACE | Frt Bumper Reinforcement Bar | 62030-7Z800 | 270.38 | INC |
| 6 | 303753 | BDY | REMOVE/REPLACE | Grille | 62310-7Z800 | 184.38 | INC |
| 7 | 300310 | BDY | REMOVE/REPLACE | L Fender Panel | F3113-7Z031 | d345.07 | 2.3 # |
| 8 | AUTO | REF | REFINISH | L Fender Outside | | C | 2.2 |
| 9 | AUTO | REF | REFINISH | L Fender Edge | | | 0.5 |
| 10 | 301857 | BDY | REMOVE/REPLACE | L Fender Wheel Opening Mldg | 63811-7Z400 | 96.45 | 0.3 |
| 11 | 301179 | REF | BLEND | R Frt Door Outside | | C | 1.0 |
| 12 | 301180 | REF | BLEND | L Frt Door Outside | | C | 1.0 |
| 13 | 301182 | REF | BLEND | L Frt Add For Jambs & Interior | | C | 0.4 |
| 14 | 301184 | REF | BLEND | L Frt Add For Jambs | | | INC |
| 15 | 301200 | BDY | REMOVE/INSTALL | L Frt Otr Door Belt Moulding | | | 0.3 |
| 16 | 301202 | BDY | REMOVE/INSTALL | L Frt Door Mirror | | | 0.3 # |
| 17 | 301264 | BDY | REMOVE/INSTALL | L Frt Otr Door Handle | | | 0.8 # |
| 18 | AUTO | REF | ADD'L OPR | Clear Coat | | | 1.4 |
| 19 | 933003 | REF | ADD'L OPR | Tint Color | | | 0.5* |
| 20 | 933005 | BDY | ADD'L OPR | Restore Corrosion Protection | | 20.00 * | 0.2* |
| 21 | 933017 | REF | ADD'L OPR | Finish Sand And Buff | | | 1.0* |
| 22 | | | | .5 Per Panel | | | |
| 23 | AUTO | | ADD'L COST | Paint/Materials | | 455.00 * | |
| 24 | AUTO | | ADD'L COST | Hazardous Waste Disposal | | 4.00 * | |

ESTIMATE RECALL NUMBER: 07/28/2021 12:59:27 216
Mitchell Data Version: OEM: JUL_21_V

Software Version: 7.1.241

Copyright (C) 1994 - 2021 Mitchell International
All Rights Reserved

Date: 7/29/2021 11:00 AM
Estimate ID: 216
Estimate Version: 0
Preliminary
Profile ID: Mitchell

* - Judgment Item
# - Labor Note Applies
d - Discontinued by the Manufacturer
C - Included in Clear Coat Calc

## Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | |
|---|---|---|---|---|---|---|
| Body | 6.4 | 120.00 | 20.00 | 0.00 | 788.00 | T |
| Refinish | 8.0 | 120.00 | 0.00 | 0.00 | 960.00 | T |
| Taxable Labor | | | | | 1,748.00 | |
| Labor Summary | 14.4 | | | | 1,748.00 | |

| II. Part Replacement Summary | | | Amount |
|---|---|---|---|
| Taxable Parts | | | 1,583.50 |
| Sales Tax | @ | 10.250% | 162.31 |
| Total Replacement Parts Amount | | | 1,745.81 |

| III. Additional Costs | | | Amount |
|---|---|---|---|
| Taxable Costs | | | 459.00 |
| Sales Tax | @ | 10.250% | 47.05 |
| Total Additional Costs | | | 506.05 |

Paint Material Method: Rates
Init Rate = 65.00 , Init Max Hours = 99.9, Addl Rate = 0.00

| IV. Adjustments | Amount |
|---|---|
| Customer Responsibility | 0.00 |

| | | |
|---|---|---|
| I. | Total Labor: | 1,748.00 |
| II. | Total Replacement Parts: | 1,745.81 |
| III. | Total Additional Costs: | 506.05 |
| | Gross Total: | 3,999.86 |
| IV. | Total Adjustments: | 0.00 |
| | Net Total: | 3,999.86 |

**This is a preliminary estimate.**
**Additional changes to the estimate may be required for the actual repair.**

THIS ESTIMATE HAS BEEN PREPARED BASED ON TEH USE OF CRASH PARTS SUPPLIED BY A SOUROCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. ANY WARRANTIES APPLICABLE TO THESE REPLACEMENT PARTS ARE PROVEDED BY THE MANUFACTURER OR DISTRUBITOR OF THE PARTS, RATHER THAN BY THE ORIGINAL MANUFACTURER OF YOUR VEHICLE.

The Estimate of Repair includes parts, labor, diagnosis and any applicable taxes. The attached estimatie is based on the inspection and does not cover additional parts or labor which may be required after the work has started. Worn or damaged parts, not evident on first inpsection, may be discovered and you will be contacted for

Copyright (C) 1994 - 2021 Mitchell International
All Rights Reserved

Date: 7/29/2021 11:00 AM
Estimate ID: 216
Estimate Version: 0
Preliminary
Profile ID: Mitchell

authorization for additional work. Old and damaged parts removed from vehicle for replacement purpose will be junked unless otherwise instructed in writing by you. Parts prices are subject to change without notice. We are not responsible for unavailability of parts or delays in part shipments beyond our control. We strive to meet any proposed finish dates. However, the possibility exists that your repair may take longer than anticipated. We are not responsible for any personal items left in the vehicle. We are not responsible for loose articles left in the vehicle for the duration of the repair. if a teardown is requred for inspection and the repair does not commence, we cannot guarantee that re-assembly of the damaged parts back on to the vehicle is possible. We provide a 5 years workmanship on body and paint/refinish. if color or change color from its original state or customer has no color code specification; then color match gurantee shall be voided. If the vehicle is 5 years or older and has visible oxidation and/or color fade on adjustment panels, our color match and blending will NOT be guaranteed. Guarantee does not apply to any used, reconditioned, remanufactured, or aftermarket parts. Some mileage may be used for safety check, test drive and/or sublet purposes. If your vehicle is strieved by you or the insurance company prior to performing the authorized repairs, a diagnostic and handling charge of $250, excluding teardown or re-assembly labor will be assessed. You and/or the insurance company handling the claim will be responsible for any accumalated storage and/or lien fees from the date the vehicle came into our possession. If storage of $195 per day shall be assessed. Self-pay repairs require a 50% deposit before the repair starts. Payment in full will be due upon release of the vehicle, including any additional supplement charges which may apply. Please NOTE, no exception: Customer is fully responsible for the estimate cost of repairs to their vehicle in the event the insurance company does not fulfill its agreed price of the hestimate. By signing below, you acknowledged that you have read and understood repairs to their vehicle in the event the insurance company does not fulfill its agreed price of estimate.

By signing below, you acknowledged that you hvae read and understood the above statement and authorize our AUTO BODY SHOP to perform repair service as stated in the ESTIMATIE OF REPAIR, including all sublet work.

AUTHORIZED SIGNATURE:______________________________ DATE____________

PRINT NAME ______________________________ PHONE (  ) ____________

ADDRESS ____________________________________________________________

ESTIMATE RECALL NUMBER: 07/28/2021 12:59:27 216
Mitchell Data Version: OEM: JUL_21_V
Software Version: 7.1.241
Copyright (C) 1994 - 2021 Mitchell International
All Rights Reserved
Page 3 of 3

EXHIBIT # 2

6575239
ISLAND AUTO TOWING INC
14140 WASHINGTON AVE
SAN LEANDRO, CA 94578
(510)567-7286

Term ID: 001 Ref #: 001

Sale

XXXXXXXXXXXX1213
VISA Entry Method: Manual

07/28/21 10:11:31
Inv #: 000001 Appr Code: 028787
Apprvd: Online Batch#: 000199
AVS Code: Z

Total: $ 105.00

I agree to pay above total

rder Tit
Tow f
U
JL
riv
25
he

EXHIBIT # 3

Hertz #01 RN RR 549850814
RES [illegible]
ALBERT TAM CC

INITIAL CHARGES
RENT RT $ 108.59 /WEEK @4 /WEEKS $ 434.36
SUBTOTAL T$ 434.36

CHARGES ADDED DURING RENTAL
LDW DECLINED
LIS DECLINED
PAI, PEC DECLINED
PREM RD SVC DECLINED
* ADDITIONAL CHARGES
SERVICE CHARGES/TAXES
Return Change Fee Accepted T$ 10.00
Vehicle License Fee Accepted @ $ 1.48 per day T$ 41.44
TAX 1 9.750% ON TAXABLE TTL OF $ 485.80 $ 47.37
TAX 2 4.750% ON TAXABLE TTL OF $ .00 $ .00
VOUCHER - 1 $- 130.55
TOTAL AMOUNT DUE $ 402.62
CHARGED ON VISA XXXXXXXXXXXX4293

FOR EXPLANATION OF THE ABOVE CHARGES, PLEASE ASK A REPRESENTATIVE OR GO TO WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 02198 /7798432 19 SIR CHER 4W 2.N
LICENSE: CO CJR951
FUEL: NOT FULL 2/8 OUT 2/8 IN
MILEAGE IN: 32867 TR-X MILES:
MILEAGE OUT: 32282 MILES ALLOWED:
MILES DRIVEN: 585 MILES CHARGED:
CDPXXXXXXX

RENTED: NORTH HAYWARD HLE
RENTAL: 04/23/19 10:10
RETURN: 05/20/19 15:26
RETURNED: NORTH HAYWARD HLE
COMPLETED BY: 9681/CAHAE02

PLAN IN: NOAW7 RATE CLASS: Q4
PLAN OUT: NOAW7

www.Hertz.com

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

EXHIBIT #4

Date: JULY 28, 2021

Re: Personal Car Rental Agreement

To Whom it may concern

My name is CALVIN TAM and I have rented out my car to ALBERT TAM. My vehicle is a 2017 TOYOTA CAMRY and the plate number is 8GKY454. It was rented from DECEMBER 17, 2019 to JUNE 5, 2021 for $ 10 per day. I have received $ 5,360.00 in total at the end of rental. If you have any questions. Please contact me at (510) 499-9577.

Sincerely.

[signature]

Vehicle Owner

TORT CLAIMS
ACCOUNTING SERVICE CENTER
EXHIBIT #5

UNITED STATES
POSTAL SERVICE

**CERTIFIED NO: 7020 0090 0001 9143 4567**
**RETURN RECEIPT REQUESTED**

February 1, 2021

ALBERT TAM
745 CHERRY WAY
HAYWARD, CA 94541-1833

RE: Claimant: ALBERT TAM
USPS File No: TC2020 14986

Dear Mr. Tam:

This is in reference to the request for reconsideration you filed regarding the administrative claim you filed under the provisions of the Federal Tort Claims Act, as a result of damages allegedly sustained on or about March 18, 2019.

Based on our reconsideration of the facts and circumstances set out in the claim file, and the applicable law, due to your failure to submit competent evidence as required, this request for reconsideration is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a United States District Court no later than six (6) months after the date the Postal Service mails the notice of that final action. Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above. Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Sincerely,

C. J. Marley
Tort Claims Supervisor
Accounts Payable

cc: Tanya Ngo
Tort Claims Coordinator
Case No: 945-20-00465000A

P O BOX 80471
ST LOUIS MO 63180-9471
PHONE (314) 436-5259
FAX (314) 436-5459

ACCOUNTING SERVICE CENTER

UNITED STATES POSTAL SERVICE

CERTIFIED NO: 7020 0090 0001 [illegible]

RETURN RECEIPT REQUESTED

February 11, 2021

ALBERT TAM
[illegible] CHERRY WAY
HAYWARD, CA 94541-[illegible]

RE: Claimant: ALBERT TAM
USPS File No: T02020-14[illegible]

Dear Mr. Tam,

This is in reference to the request for reconsideration you filed regarding the administrative claim you filed under the provisions of the Federal Tort Claims Act, as a result of damages allegedly sustained on or about March 12, 2019.

Based on our reconsideration of the facts and circumstances set out in the claim file, and the applicable law, due to your failure to submit competent evidence as required, this request for reconsideration is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a United States District Court no later than six (6) months after the date the Postal Service mails the notice of that final action. Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above. Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Sincerely,

C. J. Morley
Tort Claims Supervisor
Accounts Payable

cc: Tanya [illegible]
Tort Claims Coordinator
Case No: [illegible]